UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br><br>  v.<br><br>$1,995.75 IN UNITED STATES CURRENCY<br>SEIZED ON MARCH 5, 2015<br><br>$30,000 IN UNITED STATES CURRENCY<br>SEIZED ON MARCH 5, 2015; and<br><br>$134,430 IN UNITED STATES CURRENCY<br>SEIZED ON MARCH 5, 2015,<br>  Defendants. | )<br>)<br>)<br>)  Civil Action No. 16-10732-IT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>REQUEST FOR NOTICE OF DEFAULT</u>**

The United States of America, by and through its attorney, William D. Weinreb, Acting United States Attorney for the District of Massachusetts, hereby requests that default be entered, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, against all persons claiming an interest in the *in rem* defendants, described as:

  a.  $1,995.75 in United States currency, seized from Michael Bucaria on March 5, 2015;

  b.  $30,000 in United States currency, seized from Michael Bucaria on March 5, 2015; and

  c.  $134,430 in United States currency, seized from Michael Bucaria at 200 Stuart Street, Boston, Massachusetts on March 5, 2015

for failure to file a claim or otherwise to defend as provided by Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

In support of this Request, the United States submits the attached Declaration of Doreen M. Rachal.

                                            Respectfully submitted,

                                            WILLIAM D. WEINREB
                                            Acting United States Attorney,

By:   */s/ Doreen M. Rachal*
       DOREEN M. RACHAL, B.B.O. #667837
       Assistant United States Attorney
       United States Courthouse
       1 Courthouse Way, Suite 9200
       Boston, MA   02210
       (617) 748-3100
Date:   February 3, 2017       doreen.rachal@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that the foregoing documents, filed through the Electronic Case Filing system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                            */s/ Doreen M. Rachal*
                                            Doreen M. Rachal
                                            Assistant United States Attorney

Date:   February 3, 2017