UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br><br>        v.<br><br>$1,995.75 IN UNITED STATES CURRENCY<br>SEIZED ON MARCH 5, 2015;<br><br>$30,000 IN UNITED STATES CURRENCY<br>SEIZED ON MARCH 5, 2015; and<br><br>$134,430 IN UNITED STATES CURRENCY<br>SEIZED ON MARCH 5, 2015;<br>          Defendants. | Civil Action No. 16-10732-IT |

## **MOTION FOR FINAL JUDGMENT AND ORDER OF FORFEITURE**

The United States of America, by its attorney William D. Weinreb, Acting United States Attorney for the District of Massachusetts, hereby moves that this Court endorse the Proposed Final Judgment and Order of Forfeiture submitted herewith, ordering the forfeiture to the United States of the following defendant properties:

    a. $1,995.75 in United States currency seized from Michael Bucaria on March 5, 2015;

    b. $30,000 in United States currency seized from Michael Bucaria on March 5, 2015;

    c. $134,430 in United States currency seized from Michael Bucaria on March 5, 2015;

(collectively, the "Defendant Currency").

In support of this Motion, the Government states that on February 3, 2017, the United States filed a Request for Notice of Default (Docket No. 10), and on February 23, 2017, this

Court allowed the request (Docket No. 11).   Default was entered against all persons claiming an interest in the Defendant Currency, including Michael Bucaria, for their failure to answer or otherwise defend in this action in accordance with Rule G of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions.   No claims have been filed, and the time to do so has expired.

WHEREFORE, the United States of America requests that this Court enter a Final Judgment and Order of Forfeiture, forfeiting the Defendant Currency.   A proposed Final Judgment and Order of Forfeiture is submitted herewith.

                                  Respectfully submitted,

                                  WILLIAM D. WEINREB
                                  Acting United States Attorney,

By:   /s/ Doreen M. Rachal
        DOREEN M. RACHAL, B.B.O # 667837
        Assistant United States Attorney
        1 Courthouse Way, Suite 9200
        Boston, MA 02210
        (617) 748-3100
        Doreen.Rachal@usdoj.gov

Dated: March 23, 2017

**CERTIFICATE OF SERVICE**

    This is to certify that the foregoing documents, filed through the Electronic Case Filing system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                  /s/ Doreen M. Rachal
                                  DOREEN M. RACHAL
Dated: March 23, 2017                Assistant United States Attorney