UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>        v.<br><br>$1,995.75 IN UNITED STATES CURRENCY<br>SEIZED ON MARCH 5, 2015;<br><br>$30,000 IN UNITED STATES CURRENCY<br>SEIZED ON MARCH 5, 2015; and<br><br>$134,430 IN UNITED STATES CURRENCY<br>SEIZED ON MARCH 5, 2015;<br>        Defendants. | Civil Action No. 16-10732-IT |

## **FINAL JUDGMENT AND ORDER OF FORFEITURE**

**TALWANI, D.J.**

WHEREAS, on April 18, 2016, the United States filed a Verified Complaint for the Forfeiture *in Rem*, stating that the United States had probable cause to believe that the following properties were subject to forfeiture to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(A), (a)(1)(C), and 1955(d):

    a. $1,995.75 in United States currency seized from Michael Bucaria on March 5, 2015;

    b. $30,000 in United States currency seized from Michael Bucaria on March 5, 2015; and

    c. $134,430 in United States currency seized from Michael Bucaria on March 5, 2015;

(collectively, the "Defendant Currency");

WHEREAS, this Court issued a Warrant and Monition on July 20, 2016, directing the United States Marshals Service to give notice to all persons concerned, including Michael

Bucaria, that the Complaint had been filed, and to arrest and retain the Defendant Currency in its custody;

WHEREAS, notice of forfeiture was sent to Michael Bucaria;

WHEREAS, notice of forfeiture was also published on the government website for thirty (30) consecutive days, starting November 11, 2016, and ending on December 10, 2016;

WHEREAS, no claims have been filed, and the time within which to do so has expired; and

WHEREAS, on February 23, 2017, this Court issued an Entry of Default, and the United States has requested that this Court enter a Final Judgment and Order of Forfeiture.

This Court, having allowed Plaintiff's Request for Notice for Entry of Default and Plaintiff's Motion for Final Judgment and Order of Forfeiture, and now, upon request of the Plaintiff and affidavits demonstrating that the United Sates is entitled to the forfeiture of the Defendant Currency in the sum of $166,425.75, and that Michael Bucaria is not an infant or incompetent person or in the military service of the United States, it is hereby ORDERED, ADJUDGED and DECREED:

1. That judgment be entered in favor of the Plaintiff, the United States of America;

2. That the Defendant Currency is hereby forfeited to the United States of America pursuant to 18 U.S.C. §§ 981(a)(1)(A), (a)(1)(C), and 1955(d);

3. That any claims of interest of any party, including Michael Bucaria, claiming any right, title, or interest in or to the Defendant Currency, are hereby held in default and dismissed;

4. That the United States through the United States Marshals Service, shall retain the Defendant Currency in its secure custody and control, and shall dispose of it in accordance with United States Department of Justice policies regarding the disposition of forfeited property and

applicable; and

5. That this Court shall retain jurisdiction in this case solely for the purpose of enforcing the terms of this Judgment; otherwise, this Order shall be, and hereby is, the full and final disposition of this civil forfeiture action.

APPROVED and ORDERED in Boston, Massachusetts, this 24 day of March, 2017:

/s/ Indira Talwani
INDIRA TALWANI
United States District Judge